

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00147-CR

| | | |
|---|---|---|
| Kevin Wade Noonkester | § | From THE 355th District Court |
| | § | of Hood County (CR10809) |
| v. | § | February 26, 2015 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect the list of allegations to which Appellant pled true (paragraphs A, B, E, G, H, I, and J) and not true (paragraphs C, D, and F) and which the trial court found true (paragraphs A, B, C, D, E, G, H, I, and J) and to delete the $1,500 fine and $400 of the court costs. We also reform the trial court's order to withdraw funds from Appellant's inmate trust account to reflect $515 instead of $2,415 and direct the removal of $3,000 as a fine in the bill of costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
Justice Anne Gardner